# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ALEXANDRIA FAYE, Individually and as Next Friend and On Behalf of O.F. and K.S. | | PLAINTIFF |
| v. | | CAUSE NO. 1:17cv145-LG-RHW |
| MISSISSIPPI DEPARTMENT OF HUMAN SERVICES; HARMONY RAFFEO; TEQUILA HALL; ERICA WEARY; and JOHN AND JANE DOES I-X | | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the [22] Second Motion to Dismiss filed by Mississippi Department of Human Services, Tequila Hall, Harmony Raffeo, and Erica Weary, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that the [22] Second Motion to Dismiss filed by Mississippi Department of Human Services, Tequila Hall, Harmony Raffeo, and Erica Weary is **GRANTED**. The plaintiff's claims against these defendants are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the plaintiff's claims against John and Jane Does I-X are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of August, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE